IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DOUGLAS WELLES,

    Petitioner,

v.                                            CASE NO. 4:06-cv-00158-MP-MD

CHARLIE CRIST,
JAMES R MCDONOUGH,

    Respondents.

_____/

**O R D E R**

This matter is before the Court on Doc. 18, Report and Recommendation of the Magistrate Judge, recommending that the § 2254 petition in this case be denied. The time for filing objections has passed and none have been filed. The Court agrees with the Magistrate Judge that the petitioner's <u>Apprendi</u>-based claims - and the ineffective assistance claims based on them - all fail because he was sentenced below the statutory maximum. Additionally, <u>Apprendi</u> and its progeny do not apply on collateral attack. Further, the evidence was sufficient to support his conviction, and his counsel was not ineffective for "cumulative errors." Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    This action is DISMISSED, and the clerk is directed to close the file.

    **DONE AND ORDERED** this _17th_ day of October, 2007

                                        *s/Maurice M. Paul*
                                  Maurice M. Paul, Senior District Judge